In RE: Charles A. Bewry                                   Case No. 17-20435 JJT

Plan filed: 3/31/17 #4

___1st___ Amended  FILED  9/20/17 #40

# CHAPTER 13 WORKSHEET

1. Debtor's Employer: self                            Occupation: truck driver

2. Debtor #2 or Spouse's Employer: Brookview Corp         Occupation: Nurse's Aide

3. Finances Monthly: Net Pay $2,595.00   Expenses: $60.00   Excess $2,807.16   Cushion: $212.16

4. Plan: Monthly Payment: $2,595.00   Term: 60 mos.   Total Payments: $160,700.00   Dividend 0%

5. Debts: Priority: $21,665.78  Provided for? yes   Secured: $309,908.85   Unsecured: $26,426.53

6. Real Estate: Value $115,000.00  Appraisal yes   Mortg: $210,000.00   Liens: $99,908.85   Equity: $0.00
   Value _____  Appraisal _____  Mortg: _____  Liens: _____  Equity: _____
   Value _____  Appraisal _____  Mortg: _____  Liens: _____  Equity: _____

7. SECURED CLAIMS

| SECURED CLAIMS | AMOUNT | %INTEREST | TOTAL TO BE PAID | 511, 1322(e)/1325(A)(5) SATISFIED? |
|---|---|---|---|---|
| Neff Companies, LLC tax | $15,877.26 | 18 | $25,595.47 | yes |
| Neff Companies, LLC int & fees | $40,437.37 | 0 | $40,437.37 | yes |
| US Bank Custodian tax | 14,974.91 | 18 | $24,140.72 | **yes** |
| US Bank Custodian int & fees | $16,172.02 | 0 | $16,172.02 | yes |
| City of Hartford tax | $4,414.84 | 18 | $7,116.77 | yes |
| City of Hartford int & fees | $752.45 | 0 | $752.45 | yes |
| City of Hartford (mortgage) | $7,280.00 | 6.25 | $8,685.05 | yes |

8. Chapter 7 Test, 1325(a)(4):

**Liquidation Analysis:**                                              **Chapter 13 Plan Analysis:**

Assets: $117,500.00                                                    Total Payment: $160,700.00

Preferences: $0.00                    $2595.00 monthly starting 12/30/17   LESS
                                       by bank check or money order        Trustee Comm. $16,070.00
Total Available: $117,500.00          directly by the debtor plus $5000.00  Attorney Fee: $0.00
LESS:                                 in preconfirmation payments held by
Priorities: $21,665.78                the Trustee                           Priorities: $21,665.78

Secured Debt: $115,000.00                                              Secured Debt Paid: $122,899.85

Exemptions: $2,500.00                                                  Other _____: $0.00
Liquidation: $0.00
Total: $139,165.78                                                     TOTAL: $160,635.63
NET AVAILABLE: $0.00 ___ + ___0___ %Interest = $0.00

                                                                       NET AVAILABLE: $0.00

9. Plan complies with all provisions of 11 USC 1325, except: n/a

10. Prohibition on Property Transfer? yes            Paid all pre-confirmation Payment, 1326(a)(1)? yes

11. Exemptions Correct? yes           Any Education Loans? no           Amount: $ 0.00

12. Current Payments Outside Plan:    Property Taxes: yes    Mortgage: yes    Auto: yes

13. Attorney Fee: Total: $3,810.00    Paid: $3,810.00    Unpaid: $ 000.00    Timesheets: yes